# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANCE MORGAN and DRUANNE MORGAN, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA AG; SYNGENTA CROP PROTECTION, LLC; CHEVRON U.S.A. INC.; AND DOES 1 THROUGH 60 INCLUSIVE, <br><br> Defendants. | Case No.: 4:22-cv-01860-HSG <br><br> **ORDER RE: JOINT STIPULATION FOR REMAND TO SUPERIOR COURT**  (as modified) <br><br> Complaint Filed: March 23, 2022 <br> Action Removed: March 24, 2022 <br> Trial Date: None Set |

IT IS HEREBY ORDERED that:

1. This matter is REMANDED to the Superior Court of the State of California, County of Contra Costa; and

2. Each party will bear their own attorneys' fees and costs associated with the remand.

3. The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Date: 4/18/2022

_____
HON. Haywood S. Gilliam, Jr.
U.S. District Court Judge